1  Eleanor A. DuBay, WSBA #45828
   TOMASI SALYER MARTIN
2  121 SW Morrison St, Suite 1850
   Portland, OR 97204
3  Telephone: (503) 894-9900
   Email: edubay@tomasilegal.com

Attorneys for Defendant 21st Mortgage Corporation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Jack Carlton Cramer, Jr,<br><br>Debtor,<br><br>---<br><br>Jack Carlton Cramer, Jr,<br><br>Plaintiff,<br><br>v.<br><br>21st Mortgage Corporation,<br><br>Defendant. | Case No. 18-13383-CMA<br><br>Adv. Proc. No. 20-01046-CMA<br><br>WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT TO QUIET TITLE AND DETEMINE EXTENT AND VALIDITY OF LIENS PURSUANT TO FRCP 12(b)(6) |

21st Mortgage Corporation ("21st"), by and through the undersigned counsel, hereby withdraws its Motion to Dismiss Plaintiff's Complaint to Quiet Title and Determine Extent and Validity of Liens Pursuant to FRCP 12(b)(6) [Doc 11] and the following associated documents:

Page 1 -   WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
           COMPLAINT TO QUIET TITLE AND DETEMINE EXTENT AND VALIDITY OF
           LIENS PURSUANT TO FRCP 12(b)(6)
21ST-F74\00526260.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 20-01046-CMA    Doc 18    Filed 08/06/20    Ent. 08/06/20 14:40:38    Pg. 1 of 3

- Declaration of Whit Reed In Support Of Defendant's Motion to Dismiss Plaintiff's Complaint to Quiet Title and Determine Extent and Validity of Liens Pursuant to FRCP 12(b)(6) [Doc 12]

- Defendant's Corrected Motion to Dismiss Plaintiff's Complaint to Quiet Title and Determine Extent and Validity of Liens Pursuant to FRCP 12(b)(6) [Doc 14]

The Motion to Dismiss is moot because the parties have resolved the matter and a stipulated motion to dismiss this proceeding has been filed with the Court.

DATED: August 6, 2020.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, WSBA #45828
edubay@tomasilegal.com
Phone: (503) 894-9900
Attorneys for Defendant 21st Mortgage Corporation

Page 2 -   WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT TO QUIET TITLE AND DETEMINE EXTENT AND VALIDITY OF LIENS PURSUANT TO FRCP 12(b)(6)
21ST-F74\00526260.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 20-01046-CMA    Doc 18    Filed 08/06/20    Ent. 08/06/20 14:40:38    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I served a copy of the foregoing **WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT TO QUIET TITLE AND DETEMINE EXTENT AND VALIDITY OF LIENS PURSUANT TO FRCP 12(b)(6)** by electronic means using ECF to the parties listed below:

Christina L Henry on behalf of Plaintiff Jack Carlton Cramer, Jr
chenry@hdm-legal.com; HenryDeGraaffPS@jubileebk.net; mainline@hdm-legal.com

Rory C Livesey on behalf of Interested Party Courtesy NEF
rory@liveslaw.com, patti@liveslaw.com

DATED: August 6, 2020.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, WSBA #45828
edubay@tomasilegal.com
Phone: (503) 894-9900
Attorneys for Defendant 21st Mortgage Corporation

CERTIFICATE OF SERVICE
21ST-F74\00526260.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 20-01046-CMA    Doc 18    Filed 08/06/20    Ent. 08/06/20 14:40:38    Pg. 3 of 3